UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CAROLYN MONROE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:24-CV-280-TAV-DCP |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on March 7, 2025 [Doc. 19]. In the R&R, the magistrate judge recommends that the Court award attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), consistent with the parties' joint stipulation. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 19] pursuant to 28 U.S.C. § 636(b)(1). It is hereby **ORDERED** that:

1. The parties' Joint Stipulations [Doc. 18] are **ADOPTED** to the extent that the parties agree that plaintiff is entitled to an award of attorney fees in the amount of $4,717.99 under the EAJA;

2. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States;

3. If plaintiff owes no debt to the United States, payment of the EAJA fees may be made to plaintiff's counsel per any valid assignment accepted by the government; and

4. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. 16] is **DENIED as moot**, pursuant to the parties' Joint Stipulations [Doc. 18].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE